**Opinion issued February 11, 2021**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

## NO. 01-20-00579-CV

———————————

**ALEX LYON & SON SALES MANAGERS AND AUCTIONEERS, INC.,
Appellant**

**V.**

**TRUSTMARK NATIONAL BANK, Appellee**

---

**On Appeal from the 80th District Court
Harris County, Texas
Trial Court Case No. 2018-87986**

---

## MEMORANDUM OPINION

The parties, representing that they have reach a settlement, have filed a joint motion to vacate the trial court's judgment and dismiss this appeal. The parties have filed a signed agreement. *See* TEX. R. APP. P. 42.1(a)(2). No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Rule 42.1 authorizes this Court to set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of a judgment in accordance with the agreement. TEX. R. APP. P. 42.1(a)(2)(B); *see also* TEX. R. APP. P. 43.2(d).

Accordingly, without regard to the merits, we grant the parties' motion, set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B), 43.2(e).

**PER CURIAM**

Panel consists of Justices Goodman, Landau, and Guerra.